IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JERRY BLANEY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | No. 3:14-cv-2219-K-BN |
| | § | |
| JUDGE OVARD, ET AL., | § | |
| | § | |
| Defendants. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. Plaintiff filed objections, and the District Court has made a *de novo* review of those portions of the proposed findings, conclusions, and recommendation to which objection was made. The objections are overruled, and the Court ACCEPTS the Findings, Conclusions and Recommendations of the United States Magistrate Judge.

Accordingly, this action is DISMISSED as barred by the three strikes provision of 28 U.S.C. § 1915(g). This dismissal is without prejudice to Plaintiff's right to reopen the case if he pays the $350.00 filing fee and the $50.00 administrative fee within sixty (60) days of the date of this order.  Plaintiff's Motion for Extension of Time to pay the filing fee is denied as moot.

To the extent, if any, that Plaintiff presents claims cognizable in a petition for writ of habeas corpus, such claims are hereby DISMISSED without prejudice.

SO ORDERED.

Signed August 13th, 2014.


_Ed Kinkeade_

ED KINKEADE
UNITED STATES DISTRICT JUDGE